Argued and submitted July 31, reversed August 30, 2006

STATE OF OREGON,
*Appellant,*

*v.*

WESLEY BYRON TROUT,
*Respondent.*

05CR1175FB; A129517

142 P3d 112

Anna M. Joyce, Assistant Attorney General, argued the cause for appellant. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Meredith Allen, Deputy Public Defender, argued the cause for respondent. With her on the brief were Peter A. Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Legal Services Division, Office of Public Defense Services.

Before Haselton, Presiding Judge, and Brewer, Chief Judge, and Rosenblum, Judge.

PER CURIAM

Reversed. *State v. Arthur*, 158 Or App 623, 976 P2d 1146, *rev den*, 328 Or 666 (1999).